*Thomas J. McAvoy*
*Senior District Judge*

August 31, 2004

RECEIVED SEP 7 11 04 AM '04
FINANCIAL DISCLOSURE OFFICE

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.   20544

      RE:   Calendar Year 2003 Filing
              Amended Report

Gentlemen:

      Enclosed please find original and three copies of my Amended Financial
Disclosure Report as requested in your letter dated July 20, 2004.

Very truly yours,



Thomas J. McAvoy

*AMENDED*

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| AO-10 Rev. 1/2004 | Calendar Year 2003 | |

| 1. Person Reporting (Last name, First name, Middle initial) MCAVOY, THOMAS J | 2. Court or Organization U.S. DISTRICT COURT - NDNY | 3. Date of Report *AMENDED* 8/31/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR US DISTRICT COURT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address FEDERAL BUILDING 15 HENRY STREET BINGHAMTON, NEW YORK 13902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Albany Law School |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 03/06/86 | County of Broome-vested retirement health insurance benefit |

RECEIVED SEP 7 11 13 AM '01 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report *AMENDED* |
|---|---|---|
| | MCAVOY, THOMAS J | 8/31/2004 |

**III. NON-INVESTMENT INCOME.** (Reporting individual and spouse; see pp. 17-24 of filing instructions)

**A. Filer's Non-Investment Income**

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 01/01/93 | Transamerica Life - annuity policy | 9889.32 |
| 2. | 01/98 | NYS & Local Employees Retirement System - Pension | 1068.48 |

**B. Spouse's Non-Investment Income** - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

**IV. REIMBURSEMENTS** – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. HSBC | rental property - Conklin, NY (formerly held by M&T Bank - refinanced by HSBC) | M |
| 2. Atlantic Mortgage & Investment Corporation formerly reported as Banc Servicing Center | rental property- Sanibel Island, FL | L |
| 3. SunTrust Mortgage, Inc. | rental property - Ft. Myers, FL | .L |

# FINANCIAL DISCLOSURE REPORT

Page 1 of 1

| Name of Person Reporting | Date of Report *AMENDED* |
|---|---|
| MCAVOY, THOMAS J | 8/31/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Oppenheimer Equity Income Fund A | C | Div | M | T | | | | | |
| 2. Oppenheimer Special Fund A | A | Div | J | T | | | | | |
| 3. Edward Jones (see comment section) | D | Dividend | J | T | transfer | 12/13 | J | | |
| 4. Geo. Putnam FD of Boston SBI | B | Div | K | T | | | | | |
| 5. Ft. Myers, Fl - Condo | A | Rent | L | R | | | | | |
| 6. Conklin, NY - apartment buildings - | F | Rent | M | W | | | | | |
| 7. Binghamton, NY single family home | D | Rent | L | W | | | | | |
| 8. Conklin, NY undeveloped lot | | None | K | W | | | | | |
| 9. Sanibel, Florida | E | Rent | M | W | | | | | |
| 10. NBT BANCORP INC. | A | Dividend | J | T | | | | | |
| 11. Imaging Diagnostic Systems Inc. | A | None | J | | sold | 12/13 | J | A | |
| 12. Albany Molecular Research | A | None | J | T | | | | | |
| 13. Transamerica Life - annuity policy | D | Distribution | J | T | | | | | |
| 14. Vision Money Market Fund A | C | Dividend | L | T | REDEMPTION | 4/03 | | | |
| 15. Endicott, NY - 2family Purchase price $75,000. | D | Rent | L | R | buy | 4/03 | L | | Bernardo Building & Supply Co. Inc |

1. Income/Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
   S = Assessment   T = Cash/Market

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MCAVOY, THOMAS J | 8/31/2004 |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

.Part VII, page 1, line 3:  Smith Barney Shearson Daily was transferred to new broker: Edward Jones and will appear on all further disclosure statements as Edward Jones.  All individual assets that are part of the Edward Jones brokerage account which are subject to disclosure have been listed.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MCAVOY, THOMAS J | *Amended* 8/31/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Date  8-31-04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

**Report Required by the Ethics in Government Act of 1978**
**(5 U.S.C. app. §§ 101-111)**

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCAVOY, THOMAS J | U.S. DISTRICT COURT - NDNY | 5/12/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR US DISTRICT COURT JUDGE | ○ Nomination, Date <br> ○ Initial  ● Annual  ○ Final | 1/1/2002 to 12/31/2003 |

| 7. Chambers or Office Address <br><br> FEDERAL BUILDING <br> 15 HENRY STREET <br> BINGHAMTON, NEW YORK 13902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ |
|---|---|

> **IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Albany Law School |

RECEIVED May 17 10 42 AM '04 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 03/06/86 | County of Broome-vested retirement health insurance benefit |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 01/01/93 | Transamerica Life - annuity policy | 9889.32 |
| 2. | 01/98 | NYS & Local Employees Retirement System - Pension | 1068.48 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | HSBC | rental property - Conklin, NY (formerly held by M&T Bank - refinanced by HSBC) | M |
| 2. | Atlantic Mortgage & Investment Corporation formerly reported as Banc Servicing Center | rental property- Sanibel Island, FL | L |
| 3. | SunTrust Mortgage, Inc. | rental property - Ft. Myers, FL | L |

| Name of Person Reporting | Date of Report |
|---|---|
| MCAVOY, THOMAS J | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Oppenheimer Equity Income Fund A | C | Div | M | T | | | | | |
| 2. Oppenheimer Special Fund A | A | Div | J | T | | | | | |
| 3. Edward Jones (see comment section) | D | Dividend | J | T | | | | | |
| 4. Geo. Putnam FD of Boston SBI | B | Div | K | T | | | | | |
| 5. Ft. Myers, Fl - Condo | A | Rent | L | R | | | | | |
| 6. Conklin, NY - apartment buildings - | F | Rent | M | W | | | | | |
| 7. Binghamton, NY single family home | D | Rent | L | W | | | | | |
| 8. Conklin, NY undeveloped lot | | None | K | W | | | | | |
| 9. Sanibel, Florida | E | Rent | M | W | | | | | |
| 10. NBT BANCORP INC. | A | Dividend | J | T | | | | | |
| 11. Imaging Diagnostic Systems Inc. | A | None | J | T | sold | 12/13 | J | A | |
| 12. Albany Molecular Research | A | None | J | T | | | | | |
| 13. Transamerica Life - annuity policy | D | Distribution | J | T | | | | | |
| 14. Vision Money Market Fund A | C | Dividend | L | T | REDEMPTION | 4/03 | | | |
| 15. Endicott, NY - 2family | D | Rent | L | R | buy | 4/03 | L | | Bernardo |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MCAVOY, THOMAS J | 5/12/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Smith Barney Shearson Daily was transferred to new broker: Edward Jones and will appear on all further disclosure statements as Edward Jones.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MCAVOY, THOMAS J | 5/12/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _____5-12-04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544